# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-03564-AT
## Schwartz et al v. Estes Express Lines et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/29/2016.

TIME COURT COMMENCED: 3:05 P.M.
TIME COURT CONCLUDED: 3:15 P.M.   COURT REPORTER: Shannon Welch
TIME IN COURT: 00:10             DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Thomas Slater representing Marshall Schwartz
Thomas Slater representing Rochelle Schwartz
Grant Smith representing Estes Express Lines
Grant Smith representing Lula Williams

PROCEEDING CATEGORY: Telephone Conference(Motion Hearing Non-evidentiary);

MINUTE TEXT: The Court questioned the parties about their proposed schedule as contained in their [11] Joint Preliminary Report and Discovery Plan. The Court approved an 8 month discovery track with the understanding that she will not grant any extensions. The Court adopted the parties' proposed scheduling order with the understanding that the trial depositions will not delay submission of the proposed consolidated pretrial order.